ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
PAUL SACHELARI
Special Assistant United States Attorney
    Social Security Administration
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8933
    Facsimile:  (415) 744-0134
    E-Mail: paul.sachelari@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ROBERT J. KLICK, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | No. CV 09-9102 RZ<br><br>[~~PROPOSED~~] ORDER OF REMAND |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation of Remand"), ~~and for cause shown,~~ **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation of Remand.

Dated: August 20, 2010

                                            _____
                                            HON. RALPH ZAREFSKY
                                            UNITED STATES MAGISTRATE JUDGE