Andrew T. Koenig, SBN: 158431
Attorney at Law
353 Sanjon Road
Ventura, CA 93001
Tel. 805 653-0284
FAX: 805 643-3062
Email: andrewtkoenig@hotmail.com

Attorney for plaintiff Robert Klick, Jr.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROBERT KLICK, JR., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. CV-09-09102-R (RZ) <br><br> [PROPOSED] ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that ~~Andrew T. Koenig, as counsel for~~ Plaintiff shall have and recover from Defendant ~~and as Plaintiff's assignee, is awarded~~ attorney fees under the Equal Access to Justice Act in the amount of TWO-THOUSAND SEVEN-HUNDRED DOLLARS and NO CENTS ($2,700.00).~~, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.~~

Dated: October 22, 2010

_____
UNITED STATES MAGISTRATE JUDGE

1